AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Hector Maga

WARRANT FOR ARREST

Case Number: 04m-1069-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Hector Maga**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT  ☐ INFORMATION  ☒ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

**unlawfully, knowingly, and intentionally conspiring to distribute, and possess with intent to distribute, five kilograms or more of cocaine, a Schedule II controlled substance,**

in violation of Title **21** United States Code, Section(s) **841(a)(1) and 846** .

JUDITH G. DEIN
Name of Issuing Officer

Signature of Issuing Officer

**UNITED STATES MAGISTRATE JUDGE**
Title of Issuing Officer

Boston, MA  3/31/04
Date and Location

Bail fixed at $ _____  BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT |

WARRANT EXECUTED BY DEA
ARREST/ARRAIGNMENT OF THE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |