## MAGISTRATE JUDGE CLERK NOTES

Magistrate Judge: Cohen
Courtroom Clerk: MS
Case: USA v. Rosario et al
AUSA: Kevin McGrath
PTSO/PO: George Moriarty

Date: 3/31/04   Time In Court: 30
Tape Number: ___
Case Number: 04-mj-1069
Defense Counsel: Page Kelly / Michael Natola
Interpreter: Sylvia Zetterstrand   Language: Spanish

### TYPE OF HEARING

**☒ Initial Appearance**
☒ Arrested: Date: 3/31/04
  Charging District: 1
☐ on warrant  ☒ on probable cause
☒ Defendant Sworn
☒ Advised of Charges
☒ Advised of Rights
☒ Requests Appointment of Counsel
☐ Will Retain Counsel
☐ Court Orders Counsel be Appointed
☒ Government Requests Detention & Continuance

**☐ Arraignment**
☐ Defendant Waived Reading of Indictment
☐ Defendant Pleads Not Guilty to Counts ___

**☐ Removal Hearing/Rule 40**
☐ Defendant Waives Identity Hearing
☐ Defendant Ordered Removed to Charging District. Order to Issue.
☐ Defendant Released, Conditions Remain/ Modified/Set
☐ Identity Established

**☐ Preliminary Examination (Rule 5 or Rule 32.1)**
☐ Probable Cause Found
☐ Identity Established
☐ Defendant Waives Identity Hearing
☐ Defendant Waives Preliminary Examination

**☐ Detention Hearing**
☐ Defendant Requests a Continuance
☐ Defendant Consents to Voluntary Detention
☐ Defendant Detained, Order to Issue
☐ Defendant Released on ___ with conditions
☐ Detention Taken Under Advisement

**☐ Preliminary Probation Revocation Hearing**
☐ Defendant Ordered Detained
☐ Defendant Released

**☐ Bail Revocation Hearing**
☐ Bail Revoked, Defendant Ordered Detained
☐ Defendant Released, Conditions Remain/Modified
☐ Defendant Released on ___ with Conditions

**☐ Miscellaneous Hearings**
☐ Attorney Appointment Hearing
☐ Change of Plea (Rule 11) Hearing
☐ Material Witness Hearing
☐ Motion Hearing
☐ Initial Status Conference
☐ Interim Status Conference
☐ Final Status Conference
☐ Other ___

### CONTINUED PROCEEDINGS

Detention Hrg / Probable Cause Hearing/Conference set for 4/8/04 at 2:00

### REMARKS

Dfts are read charges + rights. Dfts are sworn + attempted to be questioned by the court. Questions as to real names arise. Dfts are ordered to fill out financial affs. and a hrg for detention hearing scheduled by JGD session. Dfts returned to the custody of the Marshal.

(C:\CmEcf\ImplementationTeams\MJSTARTeam\CrClNoteMJforpdf.wpd 5/19/03)