# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S. v.s. ROSARIO and Hector Maga

FOR: CJA Counsel
AT:

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Hector MAGA

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 04m-1069-JGD
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box ▶): ☒ Felony  ☐ Misdemeanor
21 USC 841/846

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: John Cruz MAnagement, Elliot Sq., Roxbury
IF YES, how much do you earn per month? $ 3,500/2,800
IF NO, give month and year of last employment. How much did you earn per month? $

If married is your Spouse employed? ☒ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ Hairdressing, unknown
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: none  $
SOURCES:

**CASH**

Have you any cash on hand or money in savings or checking accounts? ☒ Yes  ☐ No  IF YES, state total amount $ 200

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: 12,000 debt 16,000
DESCRIPTION: Ford Expedition in repossession

**DEPENDENTS**

MARITAL STATUS: ☒ MARRIED (SINGLE / WIDOWED / SEPARATED OR DIVORCED)
Total No. of Dependents: 1
List persons you actually support and your relationship to them: daughter, 17 y.o., Dariella Maga

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME / Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| Apartment rent | $ | $ 550 |
| Car payment | $ 16,000 | $ 639 |
| Credit card judgments | $ 2,000 | $ 70 |
| Hospital bills | $ 2,000 | $ 90 |
| Car insurance | | $ 369.00 |
| Child support | | $ 140-440 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 4/1/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Hector S. Maga