AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetts_

UNITED STATES OF AMERICA

V.

_Hector MAGA_

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: _04m - 1069 - JGD_

I, _Hector MAGA_, charged in a ☐ complaint ☐ petition pending in this District _Massachusetts_ in violation of _21_, U.S.C., _841(a)(1); 846_,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☒ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

_[signature]_
Defendant

_4/8/2004_
Date

_[signature]_
Counsel for Defendant