UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | Criminal No. 04-M-1069-JGD |
| ) | |
| HECTOR MAGA,       ) | |
|     Defendant    ) | |

**DISMISSAL OF CRIMINAL COMPLAINT**
**AS TO DEFENDANT HECTOR MAGA**

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the criminal complaint as to defendant HECTOR MAGA. In support of this dismissal, the government states that it has indicted the other defendants, that it has carefully analyzed all of the evidence in this case and that dismissal is in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _/s/ James B. Farmer_
JAMES B. FARMER
Chief, Criminal Division

STEPHEN P. HEYMANN
Deputy Chief, Criminal Division

MICHAEL J. PELGRO
Assistant U.S. Attorney

Leave to File Granted:

_/s/ Judith Gail Dein_  9/2/04
JUDITH G. DEIN, Magistrate Judge
United States District Court